AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means ☐ Original ☐ Duplicate Original

# UNITED STATES DISTRICT COURT
### for the

AH

Southern District of Ohio

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched*<br>*or identify the person by name and address)*<br>United States Priority Mail Parcel<br>9505 5152 6658 4253 1181 26 | )<br>)<br>)   Case No.  2:24-mj-458<br>)<br>)<br>) |

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the _____SOUTHERN_____ District of _____OHIO_____
*(identify the person or describe the property to be searched and give its location)*:

United States Priority Mail Parcel 9505 5152 6658 4253 1181 26, currently located at the USPIS office in Columbus, Ohio.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

A quantity of controlled substance and/or proceeds which are evidence thereof, and/or contraband, in violation of Title 21, United States Code, Sections 841(a)(1), 843(b), and 846.

**YOU ARE COMMANDED** to execute this warrant on or before ___September 26, 2024___ *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.     ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____SD OHIO CLERK OF COURTS_____ .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*

☐ for _____ days *(not to exceed 30)*     ☐ until, the facts justifying, the later specific date of _____ .

Date and time issued: ___September 12, 2024 At 2:37 PM___



Elizabeth A. Preston Deavers
**United States Magistrate Judge**

City and state:     ___Columbus, Ohio___

AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means (Page 2)

| **Return** | | |
|---|---|---|
| Case No.:<br><br>2:24-mj-458 | Date and time warrant executed:<br><br>September 16, 2024 / 10:26am | Copy of warrant and inventory left with:<br><br>N/A |

Inventory made in the presence of :
  J. Koble / S. Emmick, US Postal Inspectors

Inventory of the property taken and name(s) of any person(s) seized:

  Approximately 680.39 grams (1.5 pounds) of suspected marijuana.

---

**Certification**

       I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date:   September 16, 2024

                                                 *Justin D. Koble*
                                                *Executing officer's signature*

                                 Justin Koble / US Postal Inspector
                                                *Printed name and title*

Attachment A

United States Postal Service Priority Mail parcel 9505 5152 6658 4253 1181 26, addressed to "Sheryl Smith, 1582 Mulligan Ct., Reynoldsburg, OH 43068".  This parcel is currently in the Southern District of Ohio, Eastern Division.



Attachment B

1.) Any controlled substances which constitute evidence of violations of Title 21, United States Code, Sections 841(a)(1), 843(b), and 846.

2.) United States currency and/or drug proceeds